**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GUSTAVO FLORES BARRIOS, AKA Carlos Flores, <br><br> Petitioner, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General, <br><br> Respondent. | No. 18-73064 <br><br> Agency No. A201-175-113 <br><br> ORDER |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted December 11, 2020
Seattle, Washington

Before: BERZON and MILLER, Circuit Judges, and GLEASON,* District Judge.

The petition for review is granted, the order of the Board of Immigration

Appeals is vacated, and the case is remanded to the Board of Immigration Appeals

for further consideration in light of *Matter of Cruz-Valdez*, 28 I&N Dec. 326 (A.G.

2021).

This order served on the agency shall act as and for the mandate of this

---

\* The Honorable Sharon L. Gleason, United States District Judge for
the District of Alaska, sitting by designation.

court.

PETITION GRANTED; VACATED; and REMANDED.